# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2007

Clifford W. Taylor,
Chief Justice

133619

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMIL CURETON,
      Defendant-Appellant.

_____/

SC: 133619
COA: 275698
Genesee CC: 06-017989-FH

      On order of the Court, the application for leave to appeal the February 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The defendant claims that he is being wrongfully detained on a sentence for an offense that occurred in 1995, from which he was paroled and discharged. If the defendant is correct, the proper cause of action would be a complaint for writ of habeas corpus against the Department of Corrections for the illegal detention.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

_____
Clerk

l0919